SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Ridenour Enterprises, Inc.<br><br>　　　　Defendants | ) Case No. **2:08-cv-02786-WBS-GGH**<br>)<br>) STIPULATION AND ~~PROPOSED~~ ORDER<br>) RE: EXTENSION OF TIME UNTIL<br>) FEBRUARY 2, 2009 FOR DEFENDANT<br>) RIDENOUR ENTERPRISES, INC. TO<br>) RESPOND TO COMPLAINT |

　　　Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Ridenour Enterprises, Inc., by and through their respective attorneys of record, Scott N. Johnson; Tracie L. Goodwin, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Ridenour Enterprises, Inc. until January 26, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Ridenour Enterprises, Inc. is granted an extension until February 2, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Ridenour Enterprises, Inc. response will be due no later than February 2, 2009.

IT IS SO STIPULATED effective as of January 27, 2009

Dated:   January 27, 2009            _/s/ Tracie L. Goodwin_
                                     Tracie L. Goodwin,
                                     Attorney for Defendant
                                     Ridenour Enterprises,
                                     Inc.

Dated:   January 27, 2009            /s/Scott N. Johnson ____
                                     Scott N. Johnson,
                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Ridenour Enterprises shall have until February 2, 2009 to respond to complaint.

Dated: January 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE